638

371 A.2d 1312

Schettley et al. v. Krebs and King Chrysler-
Plymouth, Inc., Appellant.

 Argued November
12, 1976.   John R. Luke, for appellant;   William B. Ward,
with him Ward & Thomas, for appellees.

Order and judgment affirmed.

WATKINS, P. J., absent.

371 A.2d 1313

Shank v. McNair, Appellant.

Lyons v. McNair, Appellant.

Argued November 8, 1976.   Cosmos J.
Reale, with him Murovich, Reale & Fossee, for appellant;
Edward J. Balzarini, with him Balzarini, Walsh & Mau-
rizi, for appellee at No. 907;   Jon L. Friedman, for ap-
pellee at No. 908.

Judgments affirmed.